**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

JUAN CARLOS VELAZQUEZ CONTRERAS,

*Plaintiff*,

v.

MARY DE ANDA-YBARRA, et al.,

*Defendant*.

Case No. 26-cv-2941 (ACR)

**ORDER**

For the reasons stated on the record at the November 19, 2026, hearing, the Court hereby:

**GRANTS IN PART** Plaintiff's Motion for a Temporary Restraining Order or Preliminary Injunction, Dkt. 14. The Court **GRANTS** the Motion for a Preliminary Injunction and **DENIES AS MOOT** the Motion for a Temporary Restraining Order. *See Cook v. Trump*, 804 F. Supp. 3d 14, 45 (D.D.C. 2025).

The Court further:

**ORDERS** Defendants to facilitate, at their expense, Plaintiff's return to the United States;

**ORDERS** Defendants to immediately take all steps necessary to facilitate Plaintiff's return, including paying for and facilitating access to transportation back to the United States; and

**ORDERS** that the parties shall file a Joint Status Report by 12:00 PM on November 21, 2026, and every 48 hours thereafter, advising the Court of Defendants' steps to facilitate Plaintiff's return, until Plaintiff is returned to the United States;

**SO ORDERED.**

Date: November 19, 2026

ANA C. REYES
United States District Judge